his contention that Supreme Court erred in admitting that testimony without the benefit of a *Ventimiglia* hearing (*see,* CPL 470.05 [2]; *People v Thomas,* 226 AD2d 1071). We decline to exercise our power to review that contention as a matter of discretion in the interest of justice (*see,* CPL 470.15 [6] [a]).

Lastly, we reject the contention that defendant was denied the right to effective assistance of counsel. Defendant failed to show that challenges to jury selection, if timely raised, would have been successful, and the remaining alleged deficiencies of defense counsel can be attributed to a trial strategy that focused on the defense of consent. We conclude that defense counsel provided meaningful representation (*see, People v Satterfield,* 66 NY2d 796, 798-799; *People v Baldi,* 54 NY2d 137, 147). (Appeal from Judgment of Supreme Court, Erie County, Rossetti, J.—Rape, 1st Degree.) Present—Denman, P. J., Pine, Fallon, Doerr and Balio, JJ.

■ In the Matter of the Estate of MARION O. STILES, Deceased. DONALD R. STILES, Appellant; ERIC CUSTO, Respondent. (Appeal No. 1.) [649 NYS2d 864] —Order unanimously modified on the law and as modified affirmed without costs in accordance with the following Memorandum: Decedent died nine days after she and respondent executed a separation agreement containing language that "clearly and unequivocally manifests an intent on the part of the spouses that they are no longer beneficiaries under each other's wills" (*Matter of Maruccia,* 54 NY2d 196, 205; *cf., Matter of Chmiel,* 164 Misc 2d 854; *Matter of Foundas,* 112 Misc 2d 973). Because the separation agreement revoked the testamentary disposition of decedent to respondent in a joint will executed by them in 1983, the Surrogate erred in not granting petitioner's motion for summary judgment. We modify the order accordingly despite the absence of a cross appeal (*see, Merritt Hill Vineyards v Windy Hgts. Vineyard,* 61 NY2d 106, 110-112). (Appeal from Order of Niagara County Surrogate's Court, Hannigan, S.—Summary Judgment.) Present—Denman, P. J., Pine, Fallon, Doerr and Balio, JJ.

■ In the Matter of the Estate of MARION O. STILES, Deceased. DONALD R. STILES, Appellant; ERIC CUSTO, Respondent. (Appeal No. 2.) [649 NYS2d 864] —Order unanimously affirmed without costs. Same Memorandum as in *Matter of Stiles* (233 AD2d 888 [decided herewith]). (Appeal from Order of Niagara County Surrogate's Court, Hannigan, S.—Enforce Order.) Present—Denman, P. J., Pine, Fallon, Doerr and Balio, JJ.

■ NATALIE COLBURN, Appellant, v JOSEPH BLUM, Respondent. (Appeal No. 1.) [— NYS2d —] —Judgment unanimously